William A. TACCINO; Marlene M. Taccino, Plaintiffs—Appellants,

v.

LITTON LOAN SERVICING; Denise Bailey, Assistant Secretary, Litton Loan for Note Holder LaSalle National Bank Association; Alvin Friedman, Atty/Trst; Kenneth J. MacFadyen, Atty/Trst; LaSalle Bank National Association; Larry D. Richman; Howard N. Bierman; Jacob Geesing; Carrie M. Ward, Defendants—Appellees,

and

Michael Scott Cohen; James C. Eberly, Jr., Defendants.

No. 08–1997.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2009.

Decided: April 16, 2009.

William A. Taccino, Marlene M. Taccino, Appellants Pro Se. Michael Thomas Cantrell, Friedman & MacFadyen, PC, Baltimore, Maryland, for Appellees.

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Taccino and Marlene M. Taccino appeal the district court's order granting Defendants' motion to dismiss this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Taccino v. Litton Loan Servicing,* No. 1:08–cv–00348–WDQ (D.Md. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*